IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>CHRISTOPHER S. MEE,<br><br>Debtor. | Chapter 7<br><br>Case No. 03-17624-PHX-SSC<br><br>Adversary No. 04-00032 |
| HARRY M. WEISS and IRENE WEISS,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER S. MEE,<br><br>Defendant. | ORDER INCORPORATING MEMORANDUM DECISION DATED AUGUST 18, 2005<br><br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated August 18, 2005, which is incorporated herein by reference:

IT IS ORDERED that the debt owed to Weiss constituting (1) twice the amount of the earnest money check, or the sum of $20,000, (2) the reasonable attorneys' fees and costs of counsel for Weiss, (3) interest thereon at the Federal Judgment Rate of Interest (28 U.S.C. §1961) until paid in full, is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

IT IS FURTHER ORDERED that Weiss shall present a separate affidavit as to the attorneys' fees and costs incurred by his counsel. Counsel shall also submit a separate form of judgment in this adversary.

DATED this 18th day of August, 2005.

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

BNC TO NOTICE